IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ariel Saria Atajar, | NO. C 10-03277 JW |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Fidelity Funding, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on October 25, 2010.  Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, Defendants have duly submitted a Case Management Statement.  (See Docket Item No. 18.)  Plaintiff has not responded to Defendants' calls and has failed to join in Defendants' Statement nor file his own.  (Id.)  Defendants have filed a Motion to Dismiss currently set for hearing on November 29, 2010.  (See Docket Item No. 9.)

On October 19, 2010, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(1)(a).  (Docket Item No. 19.)  Because Defendants have not filed a responsive pleading within the meaning of Fed. R. Civ. P. 12, Plaintiff is entitled to voluntarily dismiss this action.

Accordingly, the Court DISMISSES this action.  The Clerk of Court shall terminate all pending Motions and close this file.

Dated: October 20, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Cathy Ann Hongola chongola@allenmatkins.com
Christopher H. Doyle chd@jmbm.com
Edward A. Treder edwardt@bdftw.com
Masumi Jagdish Patel masumijp@bdfgroup.com
Michael John Hassen mjh@jmbm.com
Scott Dallas Noble snoble@fnf.com
Timothy Lee McCandless tim@saharaoasis.com

**Dated: October 20, 2010**                                                          **Richard W. Wieking, Clerk**

                                                       **By:   /s/ JW Chambers**
                                                             **Elizabeth Garcia**
                                                             **Courtroom Deputy**